UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Epic Systems Corporation,

    Plaintiff,

v.                                           Case No. 9:22-cv-80276

GreatGigz Solutions, LLC,

    Defendant.

**NOTICE OF NINETY DAYS EXPIRING**

    Pursuant to Local Rule 7.1(b), Plaintiff Epic Systems Corporation ("Epic") respectfully submits this Notice of Ninety Days Expiring on Epic's Motion for Judgment on the Pleadings (Dkt. 26) and states:

    1.    On June 23, 2022, Epic filed its Motion for Judgment on Pleadings (the "Motion") (Dkt. 26).

    2.    On July 7, 2022, Defendant filed its Opposition to Plaintiff's Motion for Judgment on the Pleadings (Dkt. 30).

    3.    On July 14, 2022, Epic filed its Reply in Support of Motion for Judgment on the Pleadings (Dkt. 32).

    4.    On August 17, 2022, Defendant filed Notices of Supplemental Authority (Dkt. 39 and 40).

    5.    On August 18, 2022, the Court entered an Order staying all discovery and all further deadlines until the Court rules on the Motion (Dkt. 41).

6. On August 24, 2022, Epic filed its Responses under L.R. 7.8 to Defendant's Notices of Supplemental Authority (Dkt. 42 and 43).

7. On August 24, 2022, Epic filed Notices of Supplemental Authority (Dkt. 44 and 45).

8. On August 30, 2022, Defendant filed Responses under L.R. 7.8 to Plaintiff's Notice of Supplemental Authority (Dkt. 46 and 47).

9. On September 29, 2022, Defendant filed a Notice of Supplemental Authority (Dkt. 51).

10. On October 6, 2022, Epic filed its Response under L.R. 7.8 to Defendant's Notice of Supplemental Authority (Dkt. 53).

11. On December 9, 2022, Epic filed a Notice of Supplemental Authority (Dkt. 54).

12. On February 10, 2023, Epic filed a Notice of Supplemental Authority (Dkt. 55).

13. On May 15, 2023, Epic filed three Notices of Supplemental Authority (Dkt. 56, 57, and 58).

14. On August 7, 2023, Epic filed a Notice of Supplemental Authority (Dkt. 59).

15. On April 19, 2024, Epic filed a Notice of Supplemental Authority (Dkt. 60).

16. On December 4, 2024, Epic filed a Notice of Supplemental Authority (Dkt. 61).

17. Epic's Motion for Judgment on the Pleadings has been fully briefed and is ripe for consideration and a ruling by this Honorable Court.

Respectfully submitted this 11th day of April, 2025.

/s/ Kelli A. Edson
Kelli A. Edson
Florida Bar No. 179078
QUARLES & BRADY LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602-5195
Tel.: (813) 387-0300
Fax: (813) 387-1800
kelli.edson@quarles.com

Kristin Graham Noel, *Pro Hac Vice*
Matthew Duchemin, *Pro Hac Vice*
Bryce A. Loken, *Pro Hac Vice*
QUARLES & BRADY LLP
East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 251-5000
Fax: (608) 251-9166
kristin.noel@quarles.com
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Counsel for Plaintiff Epic Systems Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on April 11, 2025, with a copy of this document via the Court's CM/ECF system:

>Marc J. Kesten, P.L.
>Marc J. Kesten
>9220 NW 72nd Street
>Parkland, FL 33067
>marc@kestenlex.com
>(954) 600-9500
>
>Garteiser Honea, PLLC
>René A. Vazquez
>119 West Ferguson
>Tyler, Texas 75702-7203
>rvasquez@ghiplaw.com
>ghgreatgigz@ghiplaw.com
>(415) 785-3762

>>*/s/ Kelli A. Edson*
>>Kelli A. Edson

QB\95451401.3