UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80276-CIV-SMITH

EPIC SYSTEMS CORPORATION,

    Plaintiff,

v.

GREATGIGZ SOLUTIONS, LLC,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 67] on Plaintiff, Epic Systems Corporation's ("Plaintiff") Bill of Costs and Memorandum in Support of its Unopposed Bill of Costs [DE 65]. In his thorough and well-reasoned Report and Recommendation [DE 67], Magistrate Judge Matthewman recommends that Plaintiff's Motion for Bill of Costs [DE 67] be **GRANTED**. No objections have been filed.

The Court has considered the Report and Recommendation, conducted a *de novo* review, and notes no objections have been filed. Accordingly, Judge Matthewman's Report and Recommendation [DE 67] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

**ORDERED** that:

1. Plaintiff, Epic Systems Corporation's Bill of Costs and Memorandum in Support of its Unopposed Bill of Costs [DE 67] is **GRANTED**. Plaintiff is awarded $663.50 in total costs.

2. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 1st day of August 2025.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record